UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANTIAGO ORTUNO-PEREZ,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. C23-0344 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable David W. Christel, Dkt. 16.

A judge of the court shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

ORDER - 1

Petitioner Santiago Ortuno-Perez has not objected to the R&R. He instead filed two copies of the same document to "supplement" his underlying petition for a writ of habeas corpus. *See* Dkts. 17, 18. This document does not mention the R&R, let alone address any of its findings or recommendations. *See generally* Dkts. 17, 18. Accordingly, Ortuno-Perez is not entitled to have the Court review any portion of the R&R de novo. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); *Reyna-Tapia*, 328 F.3d at 1121.

The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for a writ of habeas corpus, Dkt. 1, is **DENIED**;

(3) Respondent's motion to dismiss, Dkt. 7, is **GRANTED;**

(4) This action is **DISMISSED with prejudice**; and

(5) The Clerk shall enter a **JUDGMENT** and close the case.

Dated this 7th day of September, 2023.

BENJAMIN H. SETTLE
United States District Judge